**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 1476 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 192 DB 2008 |
| KENNETH ANDREW RUBIN | : | |
| | : | Attorney Registration No. 71949 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Philadelphia) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of March, 2024, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).